No. 00A443. SNYDER, WARDEN v. WEEKS. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 15, 2000, presented to JUSTICE SOUTER, and by him referred to the Court, granted. JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00-7028 (00A444). WEEKS v. DELAWARE. Sup. Ct. Del. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. 

NOVEMBER 21, 2000

No. 99-1848. BUCKHANNON BOARD & CARE HOME, INC., ET AL. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. C. A. 4th Cir. [Certiorari granted, 530 U. S. 1304.] Writ of certiorari as to Dorsey Pierce dismissed under this Court's Rule 46.1.

NOVEMBER 24, 2000

No. 99-1702. TEXAS v. COBB. Ct. Crim. App. Tex. [Certiorari granted, 530 U. S. 1260.] Case removed from argument calendar for Wednesday, December 6, 2000. Oral argument rescheduled for Tuesday, January 16, 2001.